## (December 17, 1951.)

A. B. & G. REALTY CORPORATION et al., Appellants, v. MORRIS YELLIN, Respondent.— Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

KATHARINE G. CLIFFORD, as Administratrix of the Estate of JOHN J. CLIFFORD, Deceased, Respondent, v. WILMORE REALTY CORPORATION, Appellant.— Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante,* p. 662.]

CONSTRUCTION FABRICATORS, INC., et al., Respondents, v. EVERETT FROOKS, Appellant, et al., Defendants.— Present — Nolan, P. J., Johnston, Adel, Sneed and MacCrate, JJ. [See *ante,* p. 657.]

MARY EVANS, Respondent, v. MARY C. CANNON, Appellant.— Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante,* p. 667.]

In the Matter of BROOKLYN BAR ASSOCIATION, Petitioner. RALPH MILLER, an Attorney, Respondent.— Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.